THE PEOPLE OF THE STATE OF NEW YORK ex rel. SARAH E. ROSA, Respondent, v.

Charles Lockwood, Appellant.— Order of filiation affirmed, with costs. All concur, except McNamee, J., who dissents on the ground that this is a *quasi* criminal proceeding and the paternity of the defendant has not been established by evidence that is clear and satisfactory, and that meets the standard of probative value required by the adjudications. (*Drummond* v. *Dolan*, 155 App. Div. 449.)